DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARECI ROBLEDO**,
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF BUSINESS
AND PROFESSIONAL REGULATION,
DIVISION OF PARI-MUTUEL WAGERING**,
Appellee.

No. 4D18-997

[February 7, 2019]

Appeal from the State of Florida, Department of Business and Professional Regulation, Division of Pari-Mutuel Wagering; L.T. Case Nos. DOAH Case Nos. 17-4870PL, 17-4871PL, 17-4872PL and 17-4873PL and DBPR Case Nos. 2016-049902, 2016-051419, 2016-053062, 2016-053069, 2016-056707 and 2017-006845.

Jennifer York Rosenblum and Jonathan S. Glickman of Slusher & Rosenblum, P.A., West Palm Beach, for appellant.

Ross Marshman, Chief Appellate Counsel, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***